UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY CHAD GIBSON,

     Plaintiff,

v.                                 Case No. 3:14cv680/MCR/CJK

B. STEARNS, et al.,

     Defendants.

_____/

## ORDER and
## REPORT AND RECOMMENDATION

     This matter is before the court upon referral from the clerk. On June 11, 2015, plaintiff filed a motion to dismiss. (Doc. 15). The court conditionally construed plaintiff's motion as a notice of voluntary dismissal. (Doc. 16). The court advised plaintiff that if he did not intend to voluntarily dismiss his claims, he should, within twenty-one days, file a notice with the court so indicating. (*Id.*). The court further advised plaintiff that failing to file the notice would result in a recommendation that this case be dismissed pursuant to Federal Rule of Civil Procedure 41. (*Id.*). To date, plaintiff has not filed a notice with the court indicating he intends to pursue his claims. It thus appears that plaintiff did intend to voluntarily dismiss this action.

     Accordingly, it is ORDERED:

     1.    The clerk shall mail a copy of this Report and Recommendation to plaintiff at 4252 Burbank Drive, Milton, Florida 32583.

     And it is respectfully RECOMMENDED:

     1.    That this action be DISMISSED WITHOUT PREJUDICE.

2.      That the clerk be directed to close the file.

At Pensacola, Florida, this 8th day of July, 2015.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

<u>NOTICE TO THE PARTIES</u>

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S.Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.